[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

ORDERED.

Dated: 7/13/16

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                              Case No. 8:09-bk-15638-KRM
                                                                                    Chapter 13
Persa Tapalaga

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on June 6, 2016, by Dilks & Knopik, LLC on behalf of Dex Media, successor in interest to Idearc Media. Having verified that the sum of $ 862.20 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 862.20 to:

Dex Media
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065-9216

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.

Original to Financial Administrator